FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 11-544m |
| Cody Neil Adams | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __March__, __16__, at __9:30__ ☒a.m. / ☐p.m. before the Honorable __Fick__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
              (Other custodial officer)

Dated: __3/14/11__                    _____
                                       U.S. District Judge/Magistrate Judge